# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**SILVESTRE GALVEZ GUEVARA ,**

v.

**WARDEN, CALIFORNIA CITY DETENTION FACILITY ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−05366−TLN−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/17/26 .**

ENTERED: **August 17, 2026**

/s/ **Keith Holland**
Clerk of Court